# MINUTE ENTRY FOR CRIMINAL PROCEEDING
## VIA TELECONFERENCE 1-877-810-9415

BEFORE MAG. JUDGE Vera Scanon                    DATE : 10/ 8/2020

DOCKET NUMBER:    20 CR 384 (WFK)                LOG # 11:36- 11:46 am

DEFENDANT'S NAME :  Gorgi Naumovski
___ Present    _X_ Not Present    ___ Custody    _X_ Bail

DEFENSE COUNSEL:    Robert Raddick
_X_ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: Andrew Estes                     CLERK:   SM Yuen

Court Reporter :                          Probation :

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

_X_  BOND  HEARING Held.   ___ Defendant's **first** appearance.

___ Bond set on consent at _____  ___ Defendant released ___ held pending appeal to Judge

___ Defendant advised of bond conditions set by the Court and authorized Court to sign bond on his behalf.

_X_ Sureties Robert Fireman and Jon Levine sworn, advised of bond obligations by the Court and authorized Court to sign bond on their behalf.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ VERBAL order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ before _____

Other Rulings :