

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AE
F. #2020R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 17, 2021

<u>By FedEx and ECF</u>
Robert Radick, Esq.
Morvillo Abramowitz
Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017

Re:   United States v. Gorgi Naumovski,
      <u>Criminal Docket No. 20-384 (WFK)</u>

Dear Counsel:

Enclosed please find the government's production of discovery (the "Production"). The Production has been encrypted, and the password will be sent to you separately by email. The contents of the Production have been designated "confidential" under the terms of the Protective Order in this case that was agreed to and acknowledged by you. The government also requests reciprocal discovery from the defendant.

The Production includes documents and records that were obtained from searches executed on servers belonging to purported marketing companies, which are identified separately by email. These proprietary servers were developed and managed by overseas programmers and hosted in two third-party cloud datacenters. The documents hosted on these servers include doctors' orders and recordings of calls with beneficiaries.

This digital discovery contains a large volume of personal identifiable information and sensitive healthcare information, which is produced to you pursuant to the parties' protective order.

The government is making Electronically Stored Information ("ESI") from the servers to available to you in three ways. First, the government is producing the raw image files extracted by the government, consisting of approximately 17 terabytes of compressed ESI. To clarify, the government is not providing you with 17 terabytes of documents and records that are relevant to this case. The compressed ESI are all of the ESI from each hard drive that was imaged, including operation system files, proprietary databases, programs and applications, and user created files. The government is producing an entire duplicate of the server in an abundance

of caution and to allow you to recreate the servers, if you elect to do so, and use the proprietary software to view the ESI. At the end of your case, please either return the two 10 terabyte hard drives or provide a replacement of equal size. The drives should be sent to Attn: Jacob Foster, US Department of Justice, 1400 New York Avenue NW, Washington DC 20005.

Second, in addition to the copy of the servers that are being produced to you, please be advised that the servers are located at Sam Nunn Federal Center, 61 Forsyth St SW, Atlanta GA 30303, and are also available for your inspection and review. Please contact me if you wish to schedule a time to review these items.

Third, in addition to the copy of the servers that are being produced and made available to you, the government has previously produced files that the government has extracted from the servers in a form (for example, PDF) that does not necessitate use of the proprietary software to review. If the government identifies and extracts additional discoverable material in this case, you will be notified and it will be made available to you.

*   *   *

The government hereby renews its request for reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public

authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

    Very truly yours,

    SETH D. DuCHARME
    Acting United States Attorney
    Eastern District of New York

    DANIEL KAHN
    Acting Chief
    Criminal Division, Fraud Section
    U.S. Department of Justice

By:   /s/ Andrew Estes
    Andrew Estes
    Trial Attorney
    Criminal Division, Fraud Section
    U.S. Department of Justice
    (718) 254-6250

Enclosures (by FedEx only)

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)