

U.S. Department of Justice

United States Attorney
Eastern District of New York

DJ:AJE
F. # 2020R00105

271 Cadman Plaza East
Brooklyn, New York 11201

February 16, 2023

By ECF

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Gorgi Naumovski
     Criminal Docket No. 20-384 (WFK)

Dear Judge Kuntz:

  The government respectfully submits this joint letter in advance of the status conference in the above-captioned matter, currently scheduled for February 24, 2023, at 12:30 p.m. The government has consulted with counsel for defendant concerning a proposed motion and trial schedule in this case, which the parties currently anticipate would last approximately two weeks. The parties respectfully request that the Court schedule the trial to begin on December 4, 2023. In addition, the parties also request that the Court enter the following schedule for motions (other than motions in limine), in accordance with the Court's Individual Motion Practices and Rules:

- July 17, 2023: motions served;
- August 7, 2023: responses served; and
- August 14, 2023: replies served.

             Respectfully submitted,

             GLENN S. LEON
             Chief
             Criminal Division, Fraud Section
             U.S. Department of Justice

     By:   /s/
             Andrew Estes
             Trial Attorney
             Criminal Division, Fraud Section
             U.S. Department of Justice
             (718) 254-6250

2

cc.    Clerk of the Court (WFK) (by ECF)
        Counsel of Record (by ECF)