UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

GORGI NAUMOVSKI,

        Defendant.

20 Cr. 384 (WFK)

## DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL

I, Jorja N. Knauer, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      Pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw my appearance as counsel for defendant Gorgi Naumovski in the above-captioned action.

2.      As of March 8, 2024, I will no longer be associated with the law firm of Morvillo Abramowitz Grand Iason & Anello P.C.

3.      Mr. Naumovski consents to my withdrawal.  Robert M. Radick of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Mr. Naumovski, along with Maksim Nemtsev of Maksim Nemtsev PC, and Timothy Flaherty of Flaherty Law Offices.

4.      Because the motion herein will not result in a change of the law firms representing Mr. Naumovski, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any parties.

5.      I do not assert a retaining or charging lien concerning Mr. Naumovski.

1

2

6.      For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon me.

7.      I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 29, 2024
New York, New York

                                          /s/ Jorja N. Knauer
                                        Jorja N. Knauer

2